# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-477

**PARABLE,** an unincorporated nonprofit association, on behalf of itself and its members;
**RON HANKS,**
**LAUREL IMER,**
**DAVE PETERS,**
**CHARLES W. "CASPER" STOCKHAM,**
**JOANN WINDHOLZ,**

    Plaintiff(s),

v.

**JENA GRISWOLD**, in her official capacity as Colorado Secretary of State,

    Defendant.

---

### [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION
---

This matter comes before the Court on the Plaintiffs' Motion Preliminary Injunction filed on February 24, 2022. The Court, having reviewed the Motion, and the Response and Reply, if any, hereby ORDERS as follows:

The Plaintiffs' Motion Preliminary Injection is GRANTED.

This Court hereby issues a Preliminary Injunction, enjoining Defendant, Defendant's officers, agents, employees and all other persons acting in active concert with her, from enforcing Proposition 108 and Colo. Rev. State Sections 1-2-218.5(2), 1-4-101(2)(b), 1-4-104,1-4-702, and 1-7-201(2.3), in whole or in part, against the Plaintiffs and the major political parties with which they are affiliated, and affording to the major political parties the same right that is available to minor political parties under CRS § 1-4-1304(1.5)(c) to notify the Secretary of State

by April 14, 2022, that they wish to prohibit unaffiliated electors from voting in their primary elections.

      Dated this ____ day of _____, 2022.

                                    BY THE COURT

                                    _____
                                    United States District Court Judge