IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-477

**PARABLE,** an unincorporated nonprofit association, on behalf of itself and its members;
**RON HANKS,**
**LAUREL IMER,**
**DAVE PETERS,**
**CHARLES W. "CASPER" STOCKHAM,**
**JOANN WINDHOLZ,**

    Plaintiff(s),

v.

**JENA GRISWOLD**, in her official capacity as Colorado Secretary of State,

    Defendant.

---

**[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED BRIEFING SCHEDULE AND EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
(FORTHWITH CONSIDERATION REQUESTED)**

---

This matter comes before the Court on the Plaintiffs' Motion for Expedited Briefing Schedule and Expedited Hearing on Plaintiff's Motion for Preliminary Injunction filed on February 24, 2022.  The Court, having reviewed the Motion, hereby ORDERS as follows:

The Plaintiffs' Motion for Expedited Briefing Schedule and Expedited Hearing on Plaintiff's Motion for Preliminary Injunction is GRANTED.  The Response brief shall be due on or before March 10, 2022, and the Reply brief, if any, on or before March 17, 2022.  A hearing on the motion shall be set to occur shortly after the Reply deadline.

2

Dated this ____ day of _____, 2022.

                                                BY THE COURT

                                                _____
                                                United States District Court Judge