IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00477-PAB

PARABLE,
an unincorporated nonprofit association, on behalf
of itself and its members;
RON HANKS;
LAUREL IMER;
DAVE PETERS;
CHARLES W. STOCKHAM,
also known as Casper;
JOANN WINDHOLZ,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

Grant T. Sullivan hereby enters his appearance on behalf of the Defendant, Jena Griswold, in her official capacity as Secretary of State for the State of Colorado, in the above captioned matter. Mr. Sullivan is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Grant T. Sullivan, Assistant Solicitor General.

Respectfully submitted this 28th day of February, 2022.

PHILIP J. WEISER
Attorney General

s/ Grant T. Sullivan
*Grant T. Sullivan*
Assistant Solicitor General
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado  80203
Telephone:  720 508-6349
E-Mail:  grant.sullivan@coag.gov
*Attorneys for Defendant*
*Counsel of Record

## CERTIFICATE OF SERVICE

   I hereby certify that on February 28, 2022, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

John C. Eastman
Constitutional Counsel Group
174 West Lincoln Avenue, Suite 620
Anaheim, CA  92805-2901
jeastman@ccg1776.com


Randy Blair Corporon
Law Offices of Randy B. Corporon, P.C.
2821 South Parker Road
Suite 555
Aurora, CO  80014
rbc@corporonlaw.com

*Attorneys for Plaintiff*


              *s/* Xan Serocki
              *Xan Serocki*