IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00477-PAB

PARABLE,
an unincorporated nonprofit association, on behalf
of itself and its members;
RON HANKS;
LAUREL IMER;
DAVE PETERS;
CHARLES W. STOCKHAM,
also known as Casper;
JOANN WINDHOLZ,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

Emily Buckley hereby enters her appearance on behalf of the Defendant, Jena Griswold, in her official capacity as Secretary of State for the State of Colorado, in the above captioned matter. Ms. Buckley is a member in good standing of the bar of this Court.  All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Emily Buckley, Assistant Attorney General.

Respectfully submitted this 28th day of February, 2022.

> PHILIP J. WEISER
> Attorney General
>
> s/ Emily Buckley
> *Emily Buckley*
> Assistant Attorney General
> Public Officials Unit / State Services Section
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 6th Floor
> Denver, Colorado  80203
> Telephone:  720 508-6403
> E-Mail:  emily.buckley@coag.gov
> *Attorneys for Defendant*
> *Counsel of Record

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 28, 2022, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

John C. Eastman
Constitutional Counsel Group
174 West Lincoln Avenue, Suite 620
Anaheim, CA  92805-2901
jeastman@ccg1776.com


Randy Blair Corporon
Law Offices of Randy B. Corporon, P.C.
2821 South Parker Road
Suite 555
Aurora, CO  80014
rbc@corporonlaw.com

*Attorneys for Plaintiff*


                                          *s/* Xan Serocki
                                          *Xan Serocki*