IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00477-PAB

PARABLE, an unincorporated nonprofit association, on behalf of itself and its members,
RON HANKS,
LAUREL IMER,
DAVE PETERS,
CHARLES W. "CASPER" STOCKHAM,
JOANN WINDHOLZ,

      Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

      Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

      This matter comes before the Court on plaintiffs' Motion for Preliminary Injunction [Docket No. 2] and Motion for Expedited Briefing Schedule and Expedited Hearing on Plaintiff's Motion for Preliminary Injunction (Forthwith Consideration Requested) [Docket No. 3]. Plaintiffs ask the Court to conduct expedited briefing on their motion for preliminary injunction. Docket No. 3 at 1. On February 28, 2022, defendant entered an appearance and responded to the motion for expedited briefing. Docket Nos. 7, 8, 9. In her response, defendant asks for the customary 21 days to respond to the motion for a preliminary injunction. Docket No. 9 at 1-2. Defendant notes that plaintiffs have created the exigency which now necessitates an expedited briefing schedule. *Id.*

      The Court agrees that, in general, plaintiffs have created the current exigency. However, the expedited briefing schedule is largely a reasonable schedule under the circumstances. Accordingly, the Court will grant the motion for expedited briefing in part. It is therefore

      **ORDERED** that plaintiffs' Motion for Expedited Briefing Schedule and Expedited Hearing on Plaintiff's Motion for Preliminary Injunction (Forthwith Consideration Requested) [Docket No. 3] is **GRANTED in part** and **DENIED in part**. It is further

      **ORDERED** that defendant shall respond to the motion for a preliminary

injunction on or before March 14, 2022.  Plaintiffs shall reply on or before March 21, 2022.  It is further

**ORDERED** that, in order for the Court to determine the appropriate length of the preliminary injunction hearing, plaintiffs shall file a witness list by **Tuesday, March 15, 2022 at 5:00 p.m.** using the form found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonPhilipABrimmer.aspx, indicating the witnesses they intend to call at the preliminary injunction hearing and the length of their direct examinations.  It is further

**ORDERED** that defendant shall file by **Thursday, March 17, 2022 at 5:00 p.m.**, a witness list for the preliminary injunction hearing, which shall include estimates of the time required for cross-examining plaintiffs' witnesses and estimates of time for conducting the direct examination of defendant's witnesses.  It is further

**ORDERED** that counsel shall jointly contact Chambers via conference call (303-335-2794) on **Friday, March 18, 2022** to schedule a preliminary injunction hearing.

DATED March 1, 2022.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge