IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv -00477-PAB

PARABLE, an unincorporated nonprofit association,
on behalf of itself and its members; RON HANKS;
LAUREL IMER; DAVE PETERS; CHARLES W.
STOCKHAM, also known as Casper; JOANN WINDHOLZ,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

**UNOPPOSED MOTION TO FILE BRIEF EXCEEDING PAGE LIMITATIONS**

Defendant Jena Griswold, in her official capacity as Colorado Secretary of State ("Secretary"), through undersigned counsel, respectfully requests this Court grant the Secretary's request to file a brief in response to Plaintiffs' motion for preliminary injunction that exceeds the page limitations established by the Court's practice standards.

Under D.C.COLO.LCivR 7.1(a), counsel for the Secretary has conferred with counsel for Plaintiffs who do not oppose the requested relief. The Secretary seeks to file a brief of no more than 20 pages. The Secretary submits good cause exists for this request because the additional pages are necessary to address complex constitutional questions regarding Colorado's primary elections, whether Plaintiffs have standing, the merits of Plaintiffs' five separate claims (two First Amendment right of association claims, a First Amendment free speech claim, and two Equal Protection claims), and the remaining factors bearing on whether Plaintiffs are entitled to a preliminary injunction. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Even if

1

presented concisely, a brief page enlargement is needed to adequately address each of these issues.

Accordingly, the Secretary respectfully requests permission to file a response to Plaintiffs' preliminary injunction motion not to exceed 20 pages.

Respectfully submitted this 9th day of March, 2022.

        PHILIP J. WEISER
        Attorney General

        *s/ Emily Buckley*
        *Emily Buckley**
        Assistant Attorney General
        *Grant T. Sullivan**
        Assistant Solicitor General
        Public Officials Unit / State Services Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 6th Floor
        Denver, Colorado  80203
        Tel:  720 508-6403 (Buckley) / 6349 (Sullivan)
        E-Mail:  emily.buckley@coag.gov;
          grant.sullivan@coag.gov
        *Attorneys for Defendant*
         *Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2022, I served a true and complete copy of the foregoing **UNOPPOSED MOTION TO FILE BRIEF EXCEEDING PAGE LIMITATIONS** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

John C. Eastman
Constitutional Counsel Group
174 West Lincoln Avenue, Suite 620
Anaheim, CA  92805-2901
jeastman@ccg1776.com

Randy Blair Corporon
Law Offices of Randy B. Corporon, P.C.
2821 South Parker Road
Suite 555
Aurora, CO  80014
rbc@corporonlaw.com

*Attorneys for Plaintiff*

                                            *s/ Samantha Sconzo*