IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00477-PAB

PARABLE, an unincorporated nonprofit association,
on behalf of itself and its members; RON HANKS;
LAUREL IMER; DAVE PETERS; CHARLES W.
STOCKHAM, also known as Casper; JOANN WINDHOLZ,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION
### TO FILE BRIEF EXCEEDING PAGE LIMITATIONS

Having received the Defendant's Unopposed Motion to File Brief Exceeding Page Limitations, and having considered the relief requested therein, it is hereby ORDERED that the motion is GRANTED, and the Defendant may file a response to Plaintiffs' motion for preliminary injunction that does not exceed 20 pages.

Dated this _____ day of _____, 2022

                                                    **BY THE COURT:**

                                                   _____
                                                   Philip A. Brimmer
                                                   Chief United States District Judge