# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00477-PAB-MEH

PARABLE, an unincorporated nonprofit association, on behalf of itself and its members, et al.,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

The undersigned, a member of the bar of this Court, hereby enters an appearance as counsel for *amici curiae* Governor Jared Polis and Attorney General Philip J. Weiser.

Dated March 14, 2022.

    PHILIP J. WEISER
    Attorney General of Colorado

    */s/ Abigail M. Hinchcliff*
    *Abigail M. Hinchcliff
    First Assistant Attorney General

    Colorado Department of Law
    1300 Broadway, 10th Floor
    Denver, Colorado 80203
    Eric.Olson@coag.gov

    Attorney for *Amici Curiae*
    *Counsel of Record*

1

2

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2022, this document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: March 14, 2022 　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Abigail M. Hinchcliff*
　　　　　　　　　　　　　　　　　　Abigail M. Hinchcliff