**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-00477-PAB-MEH

---

PARABLE, an unincorporated nonprofit association, on behalf of itself and its members, et al.,

      Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

      Defendant.

---

## ENTRY OF APPEARANCE

---

The undersigned, a member of the bar of this Court, hereby enters an appearance as counsel for *amici curiae* Governor Jared Polis and Attorney General Philip J. Weiser.

Dated March 15, 2022.

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Natalie Hanlon Leh*
*NATALIE HANLON LEH
Chief Deputy Attorney General

Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203
Natalie.HanlonLeh@coag.gov

Attorney for *Amici Curiae*
**Counsel of Record*

1

## CERTIFICATE OF SERVICE

I certify that on March 15, 2022, this document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: March 15, 2022                    Respectfully submitted,

                                         /s/ *Natalie Hanlon Leh*
                                         Natalie Hanlon Leh