IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00477-PAB-MEH

PARABLE, an unincorporated nonprofit association, on behalf of itself and its members, et al.,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

The undersigned, a member of the bar of this Court, hereby enters an appearance as counsel for *amici curiae* Governor Jared Polis and Attorney General Philip J. Weiser.

Dated March 15, 2022.

                                      PHILIP J. WEISER
                                      Attorney General of Colorado

                                      */s/ Eric R. Olson*
                                      *ERIC R. OLSON
                                      Solicitor General

                                      Colorado Department of Law
                                      1300 Broadway, 10th Floor
                                      Denver, Colorado 80203
                                      Eric.Olson@coag.gov

                                      Attorney for *Amici Curiae*
                                      **Counsel of Record*

1

2

## CERTIFICATE OF SERVICE

I certify that on March 15, 2022, this document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: March 15, 2022					Respectfully submitted,

							/s/ *Eric R. Olson*
							Eric R. Olson