IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00477-PAB-MEH

PARABLE, an unincorporated nonprofit association, on behalf of itself and its members, et al.,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

## UNOPPOSED MOTION TO AMEND DOCKET ENTRY 18

*Amici* Governor Jared Polis and Attorney General Philip J. Weiser respectfully request that the Court accept this corrected copy of their Brief as *Amici Curiae* in Support of Defendant, *see* Docs. 18, 18-1. Neither Plaintiffs nor Defendant object to this motion.

The amended brief, attached as Exhibit A to this motion, corrects minor typographical issues to aid the Court and the parties' consideration of the *amici*'s arguments and includes an update to counsel of record.

Dated March 15, 2022.

PHILIP J. WEISER
Attorney General of Colorado

/s/ Abigail M. Hinchcliff
**Natalie Hanlon Leh**
Chief Deputy Attorney General

**Eric R. Olson**
Solicitor General

**Kurtis T. Morrison**
Deputy Attorney General

**Abigail M. Hinchcliff**
First Assistant Attorney General

1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-7119
E-mail: Abigail.Hinchcliff@coag.gov

Attorneys for *Amici Curiae*

*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on March 15, 2022, this document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: March 15, 2022                Respectfully submitted,

/s/ Abigail M. Hinchcliff
Abigail M. Hinchcliff