IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. <u>22-cv-00477-PAB</u>　　　　　Date: <u>March 15, 2022</u>

Case Title: <u>Parable et al v. Griswold</u>

<u>　　　　PLAINTIFFS'　　　　</u> WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Scott Gessler | Date unknown/30 minutes |
| A clerk and recorder (active or former) to be named prior to the hearing | Date unknown/30 minutes |
| An attendee/officer to be named from 2021 Central Committee Meeting if the parties fail to stipulate to the vote record | Date unknown/30 minutes |