IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00477

**PARABLE**, an unincorporated nonprofit association, on behalf of itself and its members;
**RON HANKS,**
**LAUREL IMER,**
**DAVE PETERS,**
**CHARLES W. "CASPER" STOCKHAM,**
**JOANN WINDHOLZ,**
 Plaintiffs,

v.

**JENA GRISWOLD**, in her official capacity as Colorado Secretary of State,
 Defendant.

## ENTRY OF APPEARANCE

The undersigned, a member of the bar of this Court, hereby enters an appearance as counsel for *amici curiae* Kelly Brough, Hank Brown, Bernie Buescher, Michael B. Hancock, John Hereford, Gail Klapper, Amber McReynolds, Bill Owens, Dan Ritchie, Bill Ritter, Chris Romer, Roy Romer, John Suthers, Kent Thiry, Colorado Concern, Democrats for Education Reform, Denver Metro Chamber of Commerce, Inc., Let Colorado Vote, and Ready Colorado.

 Dated March 16, 2022.

              *s/ Gwendolyn Benevento*
              Gwendolyn Benevento #34190
              MAVEN LAW GROUP
              1600 Glenarm Place, Suite 1600
              Denver, CO 80202
              Phone: (303) 218-7150
              gbenevento@mavenlawgroup.com
              Attorney for *Amici Curiae*

## CERTIFICATE OF SERVICE

I certify that on March 16, 2022, this document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: March 16, 2022                    Respectfully submitted,

                                        /s/ *Gwendolyn A. Benevento*
                                        Gwendolyn A. Benevento