IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 22-cv-00477-PAB

PARABLE, an unincorporated nonprofit association,
RON HANKS,
LAUREL IMER,
DAVE PETERS,
CHARLES W. STOCKHAM,
JOANN WINDHOLZ,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## ORDER TRANSFERRING CASE

Based on my unavailability due to a criminal trial starting February 22, 2022 and ending March 29, 2022, it is **ORDERED** that, pursuant to D.C.COLO.LCivR 40.1(d)(4)(B), this case is transferred to Senior Judge John L. Kane.

DATED March 17, 2022.

                    BY THE COURT:

                    _____
                    PHILIP A. BRIMMER
                    Chief United States District Judge