IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. __22-cv-00477-JLK_____    Date: __March 17, 2022_____

Case Title: __PARABLE et al. v. Griswold_____

_____Defendant's_____ WITNESS LIST

(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Hilary Rudy, Deputy Elections Director, CO Dep't of State (may call) | Date TBD / 30 minutes (direct) |
| A clerk and recorder to be named before the hearing (may call) | Date TBD / 30 minutes (direct) |
| An attendee/officer of the CO GOP State Central Committee meeting (may call) | Date TBD / 30 minutes (direct) |
| Scott Gessler (Plaintiffs' witness) | Date TBD / 30 minutes (cross) |
| A clerk and recorder (active or former) to be named before the hearing (Plaintiffs' witness) | Date TBD / 30 minutes (cross) |
| An attendee/officer to be named from 2021 Central Committee Meeting if parties fail to stipulate to vote record (Plaintiffs' witness) | Date TBD / 30 minutes (cross) |

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____