IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00477-PAB

**PARABLE**, on behalf of itself and its members, *et al.*, *Plaintiffs*,

v.

**JENA GRISWOLD**, in her official capacity as Colorado Secretary of State, *Defendant*.

---

PLAINTIFFS' OPPOSED MOTION TO FILE AMENDED
*RESPONSE TO AMICI CURIAE*

---

Plaintiffs PARABLE, through undersigned counsel, respectfully submit their Opposed Motion to File Amended *Response to Amici Curiae*.

1. On March 23, 2022, Plaintiffs filed ONE combined response to all three *Amicus* briefs. The combined response fell within the twelve-page limit permitted for each brief.

2. However, one of Plaintiffs' arguments was inadvertently omitted. The argument responds to the Freeburn *Amicus* brief, which was filed only yesterday and for which a response is not yet due.

3. Plaintiffs respectfully request that this Honorable Court permit them to file the contemporaneously attached amended combined response, which still falls within the twelve-page limit.

4. Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiffs' counsel has conferred with counsel for Defendant, Grant Sullivan, via email. The motion is opposed.

Respectfully Submitted,

/s/ John C. Eastman
John C. Eastman
CONSTITUTIONAL COUNSEL GROUP
174 W. Lincoln Ave, #620
Anaheim, CA  92805
Telephone: (909) 257-3869
FAX:  (714) 844-4817
E-mail: jeastman@ccg1776.com

/s/ Randy B. Corporon
Randy B. Corporon
LAW OFFICES OF RANDY B. CORPORON P.C.
2821 S. Parker Road, Suite 555
Aurora, CO 80014
Telephone: (303) 749-0062
FAX: (720) 836-4201
E-mail: rbc@corporonlaw.com

*Attorneys for Plaintiffs*