IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00477-JLK

PARABLE, an unincorporated nonprofit association, on behalf of itself and its members, et al.,
    Plaintiffs,
v.
JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,
    Defendant.

**RESPONSE TO PLAINTIFFS' OPPOSED MOTION TO FILE AMENDED RESPONSE TO AMICI CURIAE**

Plaintiffs seek leave to file an amended response to the briefs of *amici curiae*. Doc. 46. In their certificate of conferral, Plaintiffs' counsel states that the undersigned opposed their request. That does not fully capture the substance of the conferral between counsel. Rather, the undersigned stated Defendant would *not* oppose provided Plaintiffs would also not oppose a short enlargement of the page limitation for Defendant's Reply in support of the Motion to Dismiss in light of the large (and increasing) number of claims and arguments that must be addressed. Plaintiffs' counsel responded by rejecting the undersigned's proposal. The full email string containing the conferral communications is attached hereto.

Dated: March 25, 2022        PHILIP J. WEISER
                             Attorney General

                             /s Grant T. Sullivan

                             *Grant T. Sullivan*, Assistant Solicitor General
                             *Emily Buckley,* Assistant Attorney General
                             1300 Broadway, Denver, CO 80203
                             Telephone: (720) 508-6349 / 6403
                             Email: grant.sullivan@coag.gov; emily.buckley@coag.gov
                             *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I served a true and complete copy of the foregoing **Response to Plaintiffs' Opposed Motion to File Amended Response to Amici Curiae** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

John C. Eastman
Constitutional Counsel Group
174 West Lincoln Avenue, Suite 620
Anaheim, CA  92805-2901
jeastman@ccg1776.com


Randy Blair Corporon
Law Offices of Randy B. Corporon, P.C.
2821 South Parker Road
Suite 555
Aurora, CO  80014
rbc@corporonlaw.com

*Attorneys for Plaintiffs*

                                               *s/* Xan Serocki
                                               *Xan Serocki*