| | |
|---|---|
| **From:** | Randy Corporon |
| **To:** | Grant Sullivan |
| **Cc:** | John Eastman; Esther Bodek; Emily Buckley |
| **Subject:** | Re: Conferral re filing amended Amici response |
| **Date:** | Thursday, March 24, 2022 2:49:29 PM |

Grant:

We're adding a paragraph or two to our Amici SINGLE response to 3 Amici briefs.

I spent hours yesterday trimming our Reply brief from the 20 pages we needed to the 15 pages we agreed to.  I understand the difficulty of the page limit.

I will note your objection in our motion for leave to amend.

Thanks,

RBC

Randy B. Corporon
Republican National Committeeman
Cellular: 303-885-2550

Law Offices of Randy B. Corporon, PC
2821 S Parker Road, Suite 555
Aurora, CO 80014
Office: 303-749-0062
Facsimile: 720-836-4201
Email: rbc@corporonlaw.com
Web: www.corporonlaw.com
Facebook: www.facebook.com/lawyercolorado
           www.facebook.com/ArapTeaParty
Twitter: www.twitter.com/randycorporon
Radio: 710knus.com (Wake Up with Randy Corporon)

---------------------------------------------------------------------------------------------------------------------

Electronic Privacy Notice: This email, and any attachments, contains information that is, or may be, covered by electronic privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

IRS Circular 230 Disclosure:  Notice: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of either (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Thu, Mar 24, 2022 at 2:40 PM Grant Sullivan <Grant.Sullivan@coag.gov> wrote:

Hi Randy,

We have no objection to you adding the additional argument to your amici response, provided Plaintiffs won't oppose a small enlargement of pages for our Reply in support of the MTD (not to exceed 5 additional pages) in the event we need it. As you know, there are 5 separate claims and a jurisdictional argument we have to address, not to mention two new declarations. If this is agreeable, you have our consent to add the additional argument to your amici response.

Thanks,

Grant

**From:** Randy Corporon <rbc@corporonlaw.com>
**Sent:** Thursday, March 24, 2022 2:20 PM
**To:** Grant Sullivan <Grant.Sullivan@coag.gov>
**Cc:** John Eastman <jeastman@claremont.org>; Esther Bodek <ehb@corporonlaw.com>; Emily Buckley <Emily.Buckley@coag.gov>
**Subject:** Re: Conferral re filing amended Amici response

Thanks, Grant.

Randy B. Corporon

Republican National Committeeman

Cellular: 303-885-2550

Law Offices of Randy B. Corporon, PC
2821 S Parker Road, Suite 555
Aurora, CO 80014

Office: 303-749-0062

Facsimile: 720-836-4201

Email: rbc@corporonlaw.com

Web: www.corporonlaw.com

Facebook: www.facebook.com/lawyercolorado

      www.facebook.com/ArapTeaParty

Twitter: www.twitter.com/randycorporon

Radio: 710knus.com (Wake Up with Randy Corporon)

------------------------------------------------------------------------------------------------------------

Electronic Privacy Notice: This email, and any attachments, contains information that is, or may be, covered by electronic privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

IRS Circular 230 Disclosure:  Notice: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of either (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Thu, Mar 24, 2022 at 2:17 PM Grant Sullivan <Grant.Sullivan@coag.gov> wrote:

> Randy,
>
> We're checking with the client on this and will let you know as soon as we have an answer. Thanks.
>
> Grant
>
> ---
>
> **From:** Randy Corporon <rbc@corporonlaw.com>
> **Sent:** Thursday, March 24, 2022 9:26 AM
> **To:** Grant Sullivan <Grant.Sullivan@coag.gov>; Emily Buckley <Emily.Buckley@coag.gov>
> **Cc:** John Eastman <jeastman@claremont.org>; Esther Bodek <ehb@corporonlaw.com>
> **Subject:** Conferral re filing amended Amici response

Hi Gang:

In our flurry of activity last night we omitted one argument from our Amici response.  We don't have your army of lawyer-warriors, banks of computers, and tons of researchers!

Kidding aside, any objection to us amending our response to Amici?   It will be a paragraph or two.

Thanks, as always.

RBC

Randy B. Corporon

Republican National Committeeman

Cellular: 303-885-2550

Law Offices of Randy B. Corporon, PC
2821 S Parker Road, Suite 555
Aurora, CO 80014

Office: 303-749-0062

Facsimile: 720-836-4201

Email: rbc@corporonlaw.com

Web: www.corporonlaw.com

Facebook: www.facebook.com/lawyercolorado

www.facebook.com/ArapTeaParty

Twitter: www.twitter.com/randycorporon

Radio: 710knus.com (Wake Up with Randy Corporon)

-------------------------------------------------------------------------------------------------------------

-----------------------

Electronic Privacy Notice: This email, and any attachments, contains information that is, or may be, covered by electronic privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.


IRS Circular 230 Disclosure:  Notice: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of either (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.