**___*Defendant Colorado Secretary of State Jena Griswold's*___** WITNESS LIST IN CASE NO. **_____1:22-cv-00477-JLK_____**

_____*Parable et al*_____ v. _____*Jena Griswold*_____

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Hilary Rudy, Deputy Elections Director, Colorado Department of State<br><br>{MAY CALL} | Direct: 30 minutes; Cross: 30 minutes; Total: 1 hour | |
| Molly Fitzpatrick, Boulder County Clerk and Recorder<br><br>{MAY CALL} | Direct: 30 minutes; Cross: 30 minutes; Total 1 hour | |
| Any witness needed for authentication, impeachment, or rebuttal | TBD | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |