_____*Plaintiffs'*___  WITNESS LIST IN CASE NO.  **1:22-cv-00477-JLK**_____

_____PARABLE, et al._____  v. ___Jena Griswold_____

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Charles Heatherly, State Central Committee Delegate and Author/Mover of Resolution | Direct: 15 minutes Cross: 15 minutes Total: 30 minutes | |
| Ben Nicholas, State Central Committee Delegate | Direct: 10 minutes Cross: 10 minutes Total: 20 minutes | |
| Merlin Klotz, Douglas County Clerk and Recorder | Direct: 20 minutes Cross: 20 minutes Total: 40 minutes | |
| Scott Gessler, Former Secretary of State | Direct: 30 minutes Cross: 30 minutes Total: 60 minutes | |
| Any witness needed for authentication, impeachment, or rebuttal | TBD | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |