*Preliminary Injunction Hearing* **UNIFIED EXHIBIT LIST IN CASE NO 1:22-cv-00477-JLK**

PARABLE, et al.          v.     Jena Griswold

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| **AMENDED PLAINTIFFS' EXHIBITS** ||||||||
| 1 | Aspen Daily News Letter to Editor, 2/2/22 (Doc. 1.1) | Yes | | | | |
| 2 | Colorado Republican State Central Committee Resolution from 9/18/21 (Doc. 1.2) | | | | | |
| 3 | Colorado Republican State Central Committee Meeting Minutes, dated Sept. 21, 2019 | | | | | |
| 4 | Colorado Republican State Central Committee Meeting Minutes, dated Sept. 18, 2021 | | | | | |
| 5 | Delegate Allocation Formula – Options Voted upon at Sept. 18, 2021 meeting | | | | | |
| 6 | "Resolution" as Submitted and Approved at Sept. 18, 2021 meeting | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 7 | Secretary of State 2022 Election Calendar | Yes | | | | |
| 8 | 2015 Republican Party Central Committee Bylaws | | | | | |
| 9 | 2021 Republican Party Central Committee Bylaws | Yes | | | | |
| 10 | Declaration of Charles Heatherly (Doc. 43.2) | Yes | | | | |
| 11 | Declaration of Scott Gessler (Doc. 43.1) | Yes | | | | |
| 12 | Demonstrative Exhibit: Voter Registration, Central Committee Membership, and Estimated Caucus Attendance | | | | | |
| 13 | Demonstrative Exhibit: Excerpts of Bylaws | | | | | |
| 14 | Demonstrative Exhibit: Excerpts of 9/18/21 Resolution | | | | | |
| 15 | Demonstrative Exhibit: Election Timeline | | | | | |
| 16 | CRC Letter to FEC 11/23/21 | | | | | |

3

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| **DEFENDANT'S EXHIBITS** | | | | | | |
| 17 | Declaration of Hilary Rudy [Doc. 14-1] | Yes | | | | |
| 18 | Boulder County Voter Instructions | | | | | |
| 19 | Stipulations of Fact [Doc. 26] | Yes | | | | |
| 20. | Any exhibit needed for impeachment or rebuttal by either party | | | | | |