IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:   April 5, 2022
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Kevin Carlin

Civil Action No.: 22-cv-00477-JLK

| | |
|---|---|
| PARABLE, *an unincorporated nonprofit association, on behalf of itself and its members*,<br>RON HANKS,<br>LAUREL IMER,<br>DAVE PETERS,<br>CHARLES W. STOCKHAM, *aka Casper*, and<br>JOANN WINDHOLZ, | John C. Eastman<br>Randy B. Corporon |
| Plaintiffs,<br>v. | |
| JENA GRISWOLD, *Colorado Secretary of State in her official capacity*, | Grant T. Sullivan<br>Emily B. Buckley |
| Defendant. | |

## COURTROOM MINUTES

### In-Court Hearing - Preliminary Injunction – Day 1

**9:32 a.m.     Court in session.**

Court calls case.   Appearances of Counsel. Also present, Esther Bodek, paralegal for Plaintiffs, and Leslie Bostwick, paralegal for Defendant.

Today's hearing regarding Doc. Nos. 2 and 27.

Preliminary remarks by the Court.

Stipulations of Fact are ACCEPTED by the Court.

Discussion regarding authenticity of exhibits.

The Court states that the authenticity of all exhibits is admitted, and any objections as to relevance, or other reasons stated in the Federal Rules of Evidence, are preserved by Counsel.

Comments by the Court regarding schedule for today's hearing.

**9:40 a.m.     Opening statement by Mr. Eastman.**

| | |
|---|---|
| 10:01 a.m. | Opening statement by Mr. Sullivan. |
| 10:14 a.m. | Argument by Mr. Eastman. |
| 10:24 a.m. | Argument by Mr. Sullivan. |
| **10:26 a.m.** | **Court in recess.** |
| **10:46 a.m.** | **Court in session.** |

Oral request by Mr. Corporon to Amend the Complaint.

The Court states that a motion to amend the complaint must be in writing and then filed.

| | |
|---|---|
| 10:48 a.m. | Plaintiffs' witness, Ben Nicholas, called and sworn. |
| 10:49 a.m. | Direct examination begins by Mr. Corporon. |

**Plaintiff's Exhibit 4 offered and admitted**.

| | |
|---|---|
| 10:53 a.m. | Continued direct examination by Mr. Corporon. |

**Exhibit 6 offered and admitted**.

| | |
|---|---|
| 10:58 a.m. | Cross examination begins by Ms. Buckley. |

**Exhibit 9 offered and admitted.**

| | |
|---|---|
| 11:00 a.m. | Continued cross examination by Ms. Buckley. |

Oral motion by Ms. Buckley to offer Defendant's Exhibit 4.

Comments by Mr. Corporon.

Comments and ruling by the Court.

**ORDERED:   Defendant's Oral Motion is DENIED.**

| | |
|---|---|
| 11:12 a.m. | Continued cross examination by Ms. Buckley. |
| 11:14 a.m. | Redirect examination by Mr. Corporon. |
| 11:18 a.m. | Witness excused. |
| 11:19 a.m. | Plaintiffs' witness, Charles Heatherly, called and sworn. Direct examination begins by Mr. Corporon. |
| 11:24 a.m. | Cross examination begins by Mr. Sullivan. |

**Exhibit 2 offered and admitted.**

| | |
|---|---|
| 11:29 a.m. | Continued cross examination by Mr. Sullivan. |

| | |
|---|---|
| 11:33 a.m. | Redirect examination by Mr. Corporon. |
| 11:35 a.m. | Witness excused. |
| 11:36 a.m. | Plaintiffs' witness, Merlin Klotz, called and sworn. Direct examination begins by Mr. Corporon. |
| 11:50 a.m. | Cross examination begins by Ms. Sullivan. |
| 11:56 a.m. | Redirect examination by Mr. Corporon. |
| 11:57 a.m. | Witness excused. |
| **11:58 a.m.** | **Court in recess.** |
| **1:40 p.m.** | **Court in session.** |
| 1:41 p.m. | Plaintiffs' witness, Scott Gessler, called and sworn. |

Preliminary remarks by Mr. Corporon.

| | |
|---|---|
| 1:43 p.m. | Direct examination begins by Mr. Corporon. |

Plaintiffs' witness tendered as an expert on elections, election operations, and Republican Party operations.

| | |
|---|---|
| 1:46 p.m. | Voir dire and argument by Ms. Buckley. |
| 2:25 p.m. | Argument by Mr. Corporon. |
| 2:27 p.m. | Comments and ruling by the Court. |

**ORDERED:   Tender is ACCEPTED.**

| | |
|---|---|
| 2:30 p.m. | Continued direct examination by Mr. Corporon. |
| **3:24 p.m.** | **Court in recess.** |
| **3:44 p.m.** | **Court in session.** |

Cross examination begins by Ms. Buckley.

| | |
|---|---|
| 3:53 p.m. | Witness excused. |
| 3:55 p.m. | Defendant's witness, Hilary Rudy, called and sworn. Direct examination begins by Mr. Sullivan. |

**Exhibit 17 offered and admitted.**

Defendant's witness is tendered as an expert in the Administration of Colorado elections and in the development and maintenance of Colorado's statewide voter registration database, also known as SCORE.

4:05 p.m.      Voir dire and objection by Mr. Corporon.

**Objection OVERRULED.   Tender ACCEPTED.**

4:07 p.m.      Continued direct examination by Mr. Sullivan.

**Exhibit 18 offered and admitted.**

4:27 p.m.      Continued direct examination by Mr. Sullivan.

4:38 p.m.      Cross examination begins by Mr. Corporon.

4:51 p.m.      Witness excused.

**ORDERED:   Today's Preliminary Injunction hearing will continue on April 6, 2022 at 9:00 a.m.**

**4:53 p.m.      Court in recess.**
Hearing continued.
Total time in court: 4 hours, 59 minutes