**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:   April 6, 2022
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Kevin Carlin

Civil Action No.: 22-cv-00477-JLK

PARABLE, *an unincorporated nonprofit*
*association, on behalf of itself and its members*,                    Randy B. Corporon
RON HANKS,
LAUREL IMER,
DAVE PETERS,
CHARLES W. STOCKHAM, *aka Casper*, and
JOANN WINDHOLZ,

     Plaintiffs,
v.

JENA GRISWOLD, *Colorado Secretary of State*            Grant T. Sullivan
*in her official capacity*,

     Defendant.

**COURTROOM MINUTES**

**In-Court Hearing - Preliminary Injunction – Day 2**

**9:12 a.m.      Court in session.**

Court calls case.   Appearances of Counsel. Also present, Esther Bodek, paralegal for Plaintiffs.

Today's hearing regarding Doc. Nos. 2 and 27.

9:12 a.m.      Closing argument by Mr. Corporon.

9:33 a.m.      Closing argument by Mr. Sullivan.

9:44 a.m.      Rebuttal argument by Mr. Corporon.

10:11 a.m.      Surrebuttal argument by Mr. Sullivan.

10:25 a.m.      Final argument by Mr. Corporon.

10:30 a.m.      Comments by the Court.

**ORDERED:  Motion For Preliminary Injunction (Filed 2/24/22; Doc. No. 2) is taken**

**UNDER ADVISEMENT.**

**ORDERED:**  **Motion To Dismiss Under Rule 12(b)(1) AND 12(b)(6) [Filed 3/15/22; Doc. No. 27] is taken UNDER ADVISEMENT.**

**10:31 a.m.    Court in recess.**
Hearing concluded.
Total time in court: 1hours, 19 minutes