IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-00477-JLK

PARABLE,
RON HANKS,
LAUREL IMER,
DAVE PETERS,
CHARLES W. "CASPER" STOCKHAM,
JOANN WINDHOLZ,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion & Order Granting Defendant's Motion to Dismiss (ECF No. 61) of Judge John L. Kane entered on April 8, 2022, it is

ORDERED that Defendant's Motion to Dismiss (ECF No. 27, Filed 3/15/22) is GRANTED.   It is

FURTHER ORDERED that Plaintiffs' Motion for Preliminary Injunction (ECF No. 2, Filed 2/24/22) is DENIED as MOOT.   It is

FURTHER ORDERED that the Plaintiffs' first four claims and part of their fifth are DISMISSED WITHOUT PREJUDICE.   It is

FURTHER ORDERED that this civil action is DISMISSED WITH PREJUDICE

insomuch as it relates to the individual Plaintiffs' fifth claim and otherwise DISMISSED WITHOUT PREJUDICE.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

By:  s/  *B. Abiakam*

                              Deputy Clerk